Joshua Broussard
Petitioner
V.
LaSalle Corrections

Memorandum of Law
In Support of 28 U.S.C § 2241

Comes now, Joshua Broussard, Pro Se Petitioner in the instant-styled case, and moves this court to use its statutory or other authorities to convert the "manner in which the remainder of his sentence is carried out".

## ISSUE:

Petitioner, Joshua Broussard asserts that pursuant to the 5th Amendment to the United States Constitution, he is guaranteed equal protection to the Law, to be treated and entitled to the same protection of Laws, as "similarly situated convicted Federal and United State Marshall's prisoners", throughout the BOP and U.S.M.S contracted Federal facilities. Broussard, asserts if in the BOP he would meet the Attorney General's Memorandum for (1) Director of Bureau of Prisons, issued April 3, 2020, on Subject: Prioritization of Home Confinement as appropriate in response to Covid-19 Pandemic (Hereafter - "Memo"). See Exhibit A. Equally, Broussard is requesting this Honorable Court to use its authorities, in his behalf while he is in LaSalle Corrections contracted Federal (U.S.MS) facility to "modify", how the remainder of his sentence is carried out.

## Fact:

Mr. Broussard was sentenced by the Federal District Court - Eastern District of Texas - Beaumont Divison, Honorable Judge Cronr 05/03/2020 to a term of 30 months and 3 years of supervised release for violating 18 U.S.C § 922 (g) Possession of a Firearm by a Prohibited Person, a Non-Violent Felony. At the present time, Broussard has been awaiting transfer by the USMS to the BOP.

The Memo grants to BOP the authority to lengthen the maximum amount of time a prisoner can be placed on Home Confinement when the Attorney General finds that emergency conditions will materially affect the (2) Functioning's of BOP. See the Coronavirus Aid, Relief and Economic Security Act (Cares Act, P.L. 116-136).

Currently, Broussard awaits transfer from the USMS contracted facility, LaSalle Corrections in Beaumont Texas, to the BOP; he has awaited transfer for a total of 54 plus days, While awaiting transfer Broussard cannot obtain the same considerations "as other similarly situated BOP-USMS prisoners". It is apparent that he will remain here until GOD knows how long. See (exhibit D, pg 3,)

## RULE:

This Honorable Court has statutory and other authority to modify, convert, resentence Broussard to Home Confinement, RRC or probation. See "Memo" Cares Act, P.H. 116-136, 18 U.S.C Section 3582 (c)(1)(A), 18 U.S.C Section 3624 (c), 34 U.S.C Section 60541 (g), U.S.C S.3579, 116th Congress (2020) and finally through 28 U.S.C Section 2241.

Mr. Broussard, has a 5th Amendment right to "Equal Protection of the Law" and to be treated fairly as "similarly situated prisoner's, nor is he attacking his conviction or sentence, only the "manner it is to be carried out".

ARGUMENT:

Petitioner was indicted and sentenced to a term of 30 months. The BOP website, Broussard has less then "12 months left remaining to serve on his sentence end date, (07/24/21). See "Memo" CARES ACT and S. 3579

Multiple Members of Congress have additionally urged DOJ and BOP to take steps "to reduce the incarcerated population and guard against potential exposure to Coronavirus, (Letters from Sen. Kamala D. Harris to BOP, Director Michael Carvajal, (3/19/20), and legislation has been introduced that would require the release of some prisoners during a National Emergency relating to a communicable disease. S.3579 116th Congress (2020), On 3/26/20 and on 4/03/20 A.G. issued a "Memo" to BOP Director directing him to "prioritize the use of BOP's various statutory authorities to grand Home Confinement for inmates seeking transfer in connection with the ongoing COVID-19 pandemic. See Exhibit A

At my current place at LaSalle Corrections I'm afraid if the COVID-19 gets in here it will be very bad we don't get cleaning supples for our safteys, we be having the same disposable mask for over 2 months Mr. Broussard is at risk of his health. Broussard is 34 years old and is vulnerable to Covid-19. Based upon a pre-scoring of his BOP security level, the total score would be less then 9 points, which would mean he would be housed in at least a minimum facility.

Broussard is not gang affiliated, or in the 12 months while incarcerated in LaSalle has he violated institutional rules. If within BOP, it is his belief the BOP's risk and needs assessment scoring would be minimum. Equally, his re-entry plan would have him in "HC" with his wife and children presenting a lower risk of contracting COVID-19 than if the prisoner remained incarcerated in a BOP/USMS facility. Broussard's conviction is Non-Violent, thus not a risk factor if released in public, Broussard has little crime history and Non of it is violent. Broussard who meets the BOP's criteria, if in BOP, instead of USMS facility LaSalle, it is the belief of Broussard he would be eligible for Home Confinement, or a modified sentence.

## Conclusion:

Broussard, concludes his argument that this Honorable Court has the authority to change, resentence or grant his request to alter how the last 12 months of his sentence is "carried out". Broussard request this court, order the last of his sentence be spent in Home Confinement. Further it is his belief the "totality of the circumstances" assessment, currently being applied to BOP/USMS prisoner, would apply to the instant case.

Respectfully Submitted

Josha Broussard

Joshua Broussard

Pro Se

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion for home confinement has been hand delivered and or prepaid postage to the list below on or about the 1st day of July 2020.

Federal Bureau of Prisons
320 First st NW
Washington, DC 20534

Joshua Broussard

Sworn to and subscribed before me on this 1st day of July 2020.

Notary Public, State of Texas

TAMMY BRAZIL
Notary Public, State of Texas
Comm. Expires 10-03-2020
Notary ID 130846272

TAMMY BRAZIL

Joshua Broussard #28762678
1601 Pearl st ste 101
Beaumont Tx, 77701

NORTH HOUSTON TX 773
07 JUL 2020 PM 4




Inmate Correspondence

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL - 9 2020
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk - U.S. District Court
Eastern District of Texas
300 Willow Street, suite 104
Beaumont, Texas 77701

77701-221723